UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PUBLIC EMPLOYEES FOR | ) | |
| ENVIRONMENTAL RESPONSIBILITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0045 (ESH) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF THE INTERIOR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE RE: DEFENDANT'S MOTION FOR A STAY OF PROCEEDINGS OR, IN THE
ALTERNATIVE, FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
FREEDOM OF INFORMATION ACT REQUEST AND FILE A DISPOSITIVE MOTION**

Defendant filed its Response to the Court's Order (Dkt. No 5) last week but did not have

an opportunity to attach the five exhibits referenced in that filing.   Accordingly, Defendant

hereby submits the five exhibits to Defendant's Motion for a Stay of Proceedings or, in the

Alternative, For an Extension of Time to Respond to Plaintiff's Freedom of Information Act

Request and File a Dispositive Motion.   See Gov. Exhs. 1-5.

Dated: March 4, 2008.                    Respectfully Submitted,

            /s/    Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

            /s/    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

            /s/    Brandon L. Lowy
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.   20530
(202) 307-0364

Attorneys for Defendant

# PEER

**Public Employees for Environmental Responsibility**

2000 P Street, NW • Suite 240 • Washington, D.C. 20036 • 202-265-PEER(7337) • fax: 202-265-4192
e-mail: info@peer.org • website: www.peer.org

March 5, 2007

Laurie Larson-Jackson
FOIA Officer
Office of the Inspector General
Department of the Interior
1849 C Street NW
Washington, DC  20240

**RE: FOIA REQUEST**

Dear Ms. Larson-Jackson:

Pursuant to the Freedom of Information Act, 5 U.S.C. 552, as amended, Public Employees for Environmental Responsibility (PEER) requests the following records held by the Department of the Interior Office of the Inspector General (OIG) relative to its February 2007 report entitled "Assessment of the U.S. Fish & Wildlife Service Office of Law Enforcement."

Specifically, we are requesting:

1. Copies of correspondence, documentary materials letters or other communications submitted to the OIG by members of the U.S. Fish & Wildlife Service (FWS) law enforcement program in preparation of this report;
2. Interview notes by OIG staff from interviews with members of the FWS law enforcement program in preparation of this report;
3. Documents relating to the removal of Kevin Adams as the head of the FWS Office of Law Enforcement; and
4. Information concerning interactions of the Safari Club affecting investigations or other activities of the FWS law enforcement program.

PEER does not seek information identifying any individual FWS employee, nor do we seek information that compromises an ongoing law enforcement investigation.

For any documents or portions of documents that you block release of due to specific exemption(s) from the requirements of the Freedom of Information Act, please provide an index itemizing and describing the documents or portions of documents withheld. The index should,

---



pursuant to the holding of Vaughn v. Rosen (484 F.2d 820 [D.C. Cir. 1973] cert. denied, 415 U.S. 977 [1974]), provide a detailed justification for claiming a particular exemption that explains why each such exemption applies to the document or portion of a document withheld.

PEER requests that all fees be waived because "disclosure of the information is in the public interest . . . and is not primarily in the commercial interest of the requestor" (5 U.S.C. 552 (a) (4)(A)). We are seeking this information in order to understand and to help the public understand the effectiveness and integrity of the FWS law enforcement program. Release of the requested information is in the interest of the general public, in order for the public to know if public land management decisions are made strictly according to the best available information and in conformance with applicable laws and regulations.

*1. The records concern the operations or activities of the Government.*
The FOIA request is, by its terms, limited to identifiable activities of FWS law enforcement program.

*2. The disclosure of the requested records is likely to contribute to public of these operations or activities.*
The requested material concerns the basis on which OIG produced an assessment of the FWS law enforcement program. As the thrust of our FOIA request is to document the basis for OIG's conclusions, the requested documents are precisely on point of the subject matter of the request.

*3. The release of requested records will contribute significantly to public understanding of the governmental activities*
While it is difficult to warrant in advance to seeing it just how significant the information will be to the general public, the nature of the information should shed some direct light on the problems facing the FWS law enforcement program, as perceived by its employees.

While a certain segment of the population has a keen interest in wildlife protection, the broader public interest served by this request concerns faithful enforcement of environmental laws.

PEER believes that the disclosure of specific examples of the integrity and related problems identified by OIG will offer the general public a textbook example of influence peddling by a special interest. The general public also has a keen interest in any factor bearing on the effectiveness of federal law enforcement.

PEER intends to provide the requested information to the general public though —

> ➢ Release to the news media;
> ➢ Posting on the PEER web page which draws between 1,000 and 10,000 viewers per day; and
> ➢ Publication in PEER's newsletter that has a circulation of approximately 20,000, including 1,500 environmental journalists.

Through these methods, PEER generates an average of 1.5 mainstream news articles per day.

Moreover, PEER has repeatedly demonstrated the ability to generate nationwide news coverage concerning activities occurring within FWS and the Interior Department.

*4. Disclosure would not serve a commercial interest of the requestor.*
Disclosure is in no way connected with any commercial interest of the requestors in that PEER is a nonprofit, nonpartisan public interest organization concerned with upholding the public trust through responsible management of our nation's resources and with supporting professional integrity within public land management and pollution control agencies. To that end, PEER is designated as a tax-exempt organization under section 501 (c) (3) of the Internal Revenue code.

If you have any questions about this FOIA request, please contact me at (202) 265-PEER. I look forward to receiving the agencies final response within 20 working days.


Cordially,


Jeff Ruch
Executive Director



# United States Department of the Interior
## OFFICE OF INSPECTOR GENERAL
### Washington, DC 20240

APR − 3 2007

Mr. Jeff Ruch
Executive Director
Public Employees for Environmental Responsibility
2000 P Street, NW
Suite 240
Washington, DC  20036

Re: 07-FPA-00027

Dear Mr. Ruch:

This is in response to your letter dated March 05, 2007, which was received by the Office of Inspector General (OIG) Freedom of Information Act section on March 28, 2007, in which you ask for information under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a.  You ask for information pertaining to the report dated February 2007, entitled "Assessment of the U.S. Fish & Wildlife Service Office of Law Enforcement."  Specifically you ask for: 1) "[C]orrespondence, documentary materials letters or other communications submitted to the OIG by members of the U.S. Fish & Wildlife Service (FWS) law enforcement program in preparation of this report; 2) Interview notes by OIG staff from interviews with members of the FWS law enforcement program in preparation of this report; 3) Documents relating to the removal of Kevin Adams as the head of the FWS Office of Law Enforcement; and 4) Information concerning interactions of the Safari Club affecting investigations or other activities of the FWS law enforcement program.

Your request has been assigned OIG FOIA number 07-FPA-00027.  Please use this number in all future correspondence concerning this matter.  Your request for a fee waiver has been granted.

The OIG is unable to respond to your request within the time limits established by the FOIA (20-workday period and the 10-workday extension) due to a backlog of requests and other unforeseen circumstances. Please be assured, however, that your request is being handled as equitably as possible.  We will contact you to update you on

the status of your request when we receive the responsive documents and provide you with an estimated completion date. We are doing everything we can to process your request within a reasonable period of time. Your patience is appreciated. Your appeal rights will not be prejudiced by waiting until a determination has been made regarding your request.

You may file an appeal for non-response any time after the statutory time limit, which may include the 10-workday time extension, for responding to your request has passed, by writing the FOIA Appeals Officer, U.S. Department of the Interior, 1849 C Street, N.W., MS-6556, Washington, D.C. 20240, within 30 working days of the date of this letter. The FOIA Appeal Officer's facsimile number is (202) 208-6677. Your appeal should be filed in accordance with the regulations set out in 43 C.F.R. §§ 2.28 -2.32, a copy of which is enclosed.

Our office has relocated to Reston, Virginia. Please use the headquarters address for correspondence purposes:

Department of the Interior
Office of Inspector General
Freedom of Information Act Request
1849 C Street, NW
Mail Stop 5341
Washington, DC 20240.

However, should you need to contact me, my telephone number is (703) 487-5436 and the fax number is (703) 487-5406.

Sincerely,

Sandra Evans
OIG FOIA Officer

Enclosure

# PEER

**Public Employees for Environmental Responsibility**

2000 P Street, NW • Suite 240 • Washington, D.C. 20036 • 202-265-PEER(7337) • fax: 202-265-4192
e-mail: info@peer.org • website: www.peer.org

Darrel Strayhorn
Freedom of Information Act Appeals Officer
Department of Interior
1849 C Street NW
MS-7456
Washington, DC 20240

November 9, 2007

**RE: Freedom of Information Act Appeal**

Dear Ms. Strayhorn:

On March 5, 2007, PEER submitted a Freedom of Information Act request (Attachment 1) to the Department of the Interior Office of the Inspector General (OIG) for records relative to its February 2007 report entitled "Assessment of the U.S. Fish & Wildlife Service Office of Law Enforcement."

Specifically, we requested:

1. Copies of correspondence, documentary materials letters or other communications submitted to the OIG by members of the U.S. Fish & Wildlife Service (FWS) law enforcement program in preparation of this report;
2. Interview notes by OIG staff from interviews with members of the FWS law enforcement program in preparation of this report;
3. Documents relating to the removal of Kevin Adams as the head of the FWS Office of Law Enforcement; and
4. Information concerning interactions of the Safari Club affecting investigations or other activities of the FWS law enforcement program.

By letter dated April 3, 2007 (Attachment 2), OIG acknowledged the receipt of our FOIA request and indicated that it could not respond within the statutory time limits. Subsequent telephone inquiries of OIG as to when production of the requested documents will be forthcoming have not produced a cogent response.

To date PEER has yet to receive any of the requested documents. PEER regards this inordinate delay in complying with our Freedom of Information Act (FOIA) request as a constructive denial. By this letter, PEER appeals the decision to withhold the requested documents.

---

**Field Offices:** California • Florida • Maine • New England • New Jersey • Refuge Keeper • Rocky Mountain • Tennessee • Texas • Washington

Thank you for the consideration of this appeal.

Cordially,

Jeff Ruch
Executive Director



# United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240



TAKE PRIDE
IN**AMERICA**

IN REPLY REFER TO:
FOIA Appeal No. 2008-036

JAN    4 2008

Jeff Ruch
Public Employees for Environmental
    Responsibility (PEER)
2000 P Street, NW, Suite 240
Washington, DC 20036

Dear Mr. Ruch:

This concerns the November 9, 2007, Freedom of Information Act ("FOIA") appeal ("appeal") (**No. 2008-036**) that you filed with the Department of the Interior ("Department"). Your appeal alleges that the Office of Inspector General ("OIG") has not responded to the August 27, 2007, FOIA request that you submitted to it within the time frame set in the FOIA. Your FOIA request seeks information pertaining to the OIG's "February 2007 report entitled 'Assessment of the U.S. Fish & Wildlife Service Office of Law Enforcement.'"

The FOIA requires an agency to make a determination on an appeal within 20 workdays after the receipt of such appeal. *5 U.S.C. § 552(a)(6)(A)(ii)*. The Department has not responded to your appeal within this time limit because of an extraordinarily large number of appeals pending in the Department ahead of yours, the need to fully review the issues you presented in your appeal, and other unforeseen circumstances. Since the Department has not made a determination on your appeal within the time limits set in the FOIA, you may seek judicial review under *5 U.S.C. § 552(a)(4)(B)*. However, we hope that you will delay filing a lawsuit so that the Department can thoroughly review the issues in your appeal and make a determination. We appreciate your patience to this point and the Department will make every effort to reach a decision on your appeal as soon as possible.

If you have any questions regarding your appeal, please call me at (202) 208-5339.

Sincerely,

LaRima L. Lane
Senior FOIA Appeals Specialist
Department of the Interior



# United States Department of the Interior

OFFICE OF INSPECTOR GENERAL
Washington, DC 20240

JAN 1 6 2008

Mr. Jeff Ruch
Public Employees for Environmental Responsibility
2000 P Street, NW
Suite 240
Washington, DC 20036

     Re: 07-FPA-00027

Dear Mr. Ruch:

     This is in response to your letter dated March 05, 2007, which was received by the Office of Inspector General (OIG) on March 28, 2007, in which you ask for information under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. You ask for a copy of information pertaining to the report dated February 2007, entitled "Assessment of the U.S. Fish & Wildlife Service Office of Law Enforcement." Specifically you ask for: 1) "[C]orrespondence, documentary materials letters or other communications submitted to the OIG by members of the U.S. Fish & Wildlife Service (FWS) law enforcement program in preparation of this report; 2) Interview notes by OIG staff from interviews with members of the FWS law enforcement program in preparation of this report; 3) Documents relating to the removal of Kevin Adams as the head of the FWS Office of Law Enforcement; and 4) Information concerning interactions of the Safari Club affecting investigations or other activities of the FWS law enforcement program."

     This is an update on the status of our search efforts to locate documents responsive to your request. The Office of Investigations (OI) conducted a search and sent an index of their files. They have marked the folders based on the item numbers of your request. The OI stated that they had very little information with regard to item number 4 of your request and suggested that I check with our Program Integrity Division. The folder marked "Request Item 3" contains a document which appears to be responsive to item number 4 of your request. Enclosed is a copy of the index of OI files. Deletions have been made of information that is exempt from release under the provisions of 5 U.S.C. §§ 552(b)(2), (b)(6), and (b)(7)(C). These sections exempt from disclosure items that pertain to: (1) internal matters of a relatively trivial nature; (2) personnel and other similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; and (3) records of information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy. Exemption (b)(2) was used to delete case file numbers, serial numbers on firearms, and

packing list numbers.  Exemptions (b)(6) and (b)(7)(C) were used to delete names of employees who were interviewed and/or participated in the OLE Employee Opinion Survey under an assurance of confidentiality.

Please review the enclosed listing and inform me within 20 work days of the date of this letter if there is any information that you are not interested in receiving.  I will also check with our Program Integrity Division for any documents responsive to item number 4 of your request.  Once I know how many documents will need to be reviewed, I will be able to give you an estimate as to when you can expect a response.

Our office has relocated to Reston, Virginia.  Please use the headquarters address for correspondence purposes:

Department of the Interior
Office of Inspector General
Freedom of Information Act Request
1849 C Street, NW
Mail Stop 5341
Washington, DC  20240

However, should you wish to speak to me, my telephone number is (703) 487-5436 and the fax number is (703) 487-5406.

Sincerely,

Sandra Evans
OIG FOIA Officer

Enclosures















Open

Look in: Request Item 1

- M-03-05 ▮▮▮▮▮▮ Sample Field Activity Report.pdf
- M-03-06 OLE ABC Codes.pdf
- M-03-07 Sample Travel Report.pdf
- M-03-08 Chain of Custody Record.pdf
- M-03-09 Evidence ID Tag.pdf
- M-03-10 Evidence Seizure Tag.pdf
- M-03-11 Evidence Storage Log.pdf
- M-03-12 Active Case Evidence Location Status Log.pdf
- M-03-13 Abandonment Form.pdf
- M-03-14 Sample Certificate of Destruction.pdf
- M-03-15 Sample Archival Case Evidence Disposal Record.pdf
- M-03-16 Sample Property Release.pdf
- M-03-17 Sample Property Release - Transfer.pdf
- M-03-18 Draft Evidence Custodian Training Plan.pdf
- M-03-19 Firearms Records.pdf

My Recent Documents

Desktop

My Documents

My Computer

My Network Places

File name:

Files of type: All Files (*.*)

Open

Cancel















