UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 08-0045 (ESH) ) ) ) ) ) ) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO FILE A MOTION FOR SUMMARY JUDGMENT
AND TO RESET OTHER BRIEFING DEADLINES**

Defendant, by and through their undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to October 1, 2008, its deadline to file a motion for summary judgment. The current deadline is Wednesday, July 14, 2008. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with Plaintiff's counsel on the extension motion on Monday, June 30, 2008, and Plaintiff's counsel consented to the relief requested.

There is good cause to grant this motion. On March 12, 2008, the Court issued a Minute Order setting out the dates by which, *inter alia*, Defendant should produce documents responsive to Plaintiff's Freedom of Information Act ("FOIA") request, Plaintiff should challenge any exemptions asserted by Defendant, and Defendant should move for summary judgment. Defendant released documents in accordance with the Minute Order, and Plaintiff properly sent a letter to undersigned counsel containing its challenges to Defendant's withholdings on June 12,

2008. Defendant has reviewed the letter and determined that some of the issues presented by Plaintiff may be resolved without further substantive filings to the Court.

Accordingly, the parties request that Defendant should endeavor to respond to Plaintiff's potentially-resolvable challenges on or about August 15, 2008. Thereafter, with permission of the Court, Plaintiff would endeavor to give a final response outlining any remaining challenges on or around September 1, 2008. Finally, the parties request of the Court that the briefing schedule be pushed back in accordance with these dates, so that Defendant's motion for summary judgment would be due on or before October 1, 2008; Plaintiff's opposition and cross-motion for summary judgment would be due on or before October 22, 2008; Defendant's reply and opposition would be due on or before November 5, 2008; and Plaintiff's reply would be due on or before November 19, 2008.

For the foregoing reasons, Defendant respectfully requests that the deadlines for this case be reset as indicated above. A proposed order consistent with this motion is attached hereto.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

          /s/
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, N.W. - Room E4405
Washington, D.C. 20530
(202) 307-0364


Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC EMPLOYEES FOR** ) | |
| **ENVIRONMENTAL RESPONSIBILITY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 08-0045 (ESH) |
| ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF THE INTERIOR,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## **ORDER**

UPON CONSIDERATION OF Defendant's Motion for an Extension of Time to File a Motion for Summary Judgment and to Reset Other Briefing Deadlines, and the entire record herein, it is this _____ day of _____, 200____,

_____ ORDERED that Defendant's Motion for an Extension of Time to File a Motion for Summary Judgment and to Reset Other Briefing Deadlines is GRANTED; and it is FURTHER ORDERED that Defendant shall file a Motion for Summary Judgment on or before October 1, 2008; Plaintiff shall file its opposition and cross-motion for summary judgment on or before October 22, 2008; Defendant shall file a reply and opposition on or before November 5, 2008; and Plaintiff shall file a reply on or before November 19, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE